# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**UNITED STATES OF AMERICA**

**VERSUS**                                             **CRIMINAL ACTION NO. 3:10CR27-P-A**

**OCTAVIO CHAVEZ-ESPINOZA**

## ORDER

This cause is before the court on defendant Chavez-Espinoza's Motion for Continuance [18]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

The trial of this matter is currently set for March 29, 2010. Counsel for the defendant represents in the motion that he needs additional time to complete an adequate review of discovery material. Defendant's counsel seeks a continuance in order to permit an adequate inspection of the material and in order to ensure proper attention to preparation of pretrial motions and for trial. In addition, counsel needs additional time to pursue plea negotiations on defendant's behalf. The government does not oppose the requested continuance.

These circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(7)(A), the period of delay from March 29, 2010 until the new trial date to be set in this matter.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1. The defendant's Motion for Continuance [18] is GRANTED;

2. That the trial of this matter is continued until Monday, April 26, 2010 at 9:00 a.m. in the United States District Courthouse in Greenville, Mississippi;

3. That the delay from March 29, 2010 until April 26, 2010 is excluded as set out

above;

4. That the deadline for filing pretrial motions is April 5, 2010;

5. That the deadline for submitting a plea agreement is April 12, 2010.

SO ORDERED, this the 23rd day of March, 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE